JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| AL TYRONE JACKSON, | ) | Case No. CV 18-6721 TJH(JC) |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| ALEX VILLANUEVA, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus and this action are dismissed without prejudice.

IT IS SO ADJUDGED.

DATED: July 3, 2019

_____
HONORABLE TERRY J. HATTER, JR.
SENIOR UNITED STATES DISTRICT JUDGE